This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.                                                                    NO.   33,538

**RICHARD ONSUREZ,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Stan Whitaker, District Judge**

Gary K. King, Attorney General
Santa Fe, NM
Jane A. Bernstein, Assistant Attorney General
Albuquerque, NM

for Appellant

Sanchez, Mowrer & Desiderio, PC
Frederick Mowrer
Albuquerque, NM

for Appellee

## MEMORANDUM OPINION

**HANISEE Judge.**

{1}    The State appealed, specifically seeking to challenge the restitution component of the judgment and sentence. On March 17, 2014, we issued a notice of proposed summary disposition, proposing to dismiss. The State has filed a response with this Court indicating that it will not be filing a memorandum in opposition.

{2}    Accordingly, for the reasons stated in the notice of proposed summary disposition, we dismiss.

{3}    **IT IS SO ORDERED.**

_____
**J. MILES HANISEE, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**CYNTHIA A. FRY, Judge**